UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LOUIS SALAZAR,

        Petitioner,

  v.

HEIDI M. LACKNER,

        Respondent.

Case No. 15-cv-00191-YGR (PR)

**ORDER GRANTING RESPONDENT'S REQUEST FOR EXTENSION OF TIME TO FILE ANSWER OR RESPONSIVE PLEADING**

GOOD CAUSE being shown, the Court hereby GRANTS Respondent's request for an extension of time up to and including **August 3, 2015**, in which to file and serve an Answer or responsive pleading to the petition for writ of habeas corpus.  If Petitioner wishes to respond to the Answer or responsive pleading, he shall do so by filing a Traverse or opposition to the responsive pleading with the Court and serving it on Respondent within **thirty (30) days** of his receipt of the Answer or responsive pleading.  Should Petitioner fail to do so, the petition or responsive pleading will be deemed submitted and ready for decision **thirty (30) days** after the date Petitioner is served with Respondent's Answer or responsive pleading.

This Order terminates Docket No. 8.

IT IS SO ORDERED.

Dated: June 4, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge