IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS SALAZAR,<br><br>        Petitioner,<br><br>   v.<br><br>HEIDI M. LACKNER,<br><br>        Respondent. | Case No.: C 15-0191 YGR (PR)<br><br>**JUDGMENT** |

Pursuant to the Order denying the petition for a writ of habeas corpus, judgment is entered in favor of Respondent and against Petitioner.

IT IS SO ORDERED.

DATED: February 16, 2016

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**